**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

JASON CARLOS JORDAN,

                Petitioner,

v.                                            CIVIL ACTION NO.  5:10-cv-00055

UNITED STATES OF AMERICA,

                Respondent.

**MEMORANDUM OPINION AND ORDER**

The Court has reviewed *Petitioner's Petition for the Issuance of a Habeas Corpus Pursuant to 28 U.S.C. § 2241*  (Document 1).  This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). (Document 2).  On November 15, 2012, the Magistrate Judge submitted Proposed Findings and Recommendation ("PF&R") (Document 8), wherein it is recommended that this Court deny Petitioner's Section 2241 application.

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir.1984).  In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations.*"  Orpiano v.*

*Johnson*, 687 F.2d 44, 47 (4th Cir.1982).  Objections to the PF&R in this case were due on

December 3, 2012.  To date, no party has filed any objections to the Magistrate Judge's Proposed

Findings and Recommendation.

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation

of the Magistrate Judge as contained in the Proposed Findings and Recommendation, and **ORDERS**

that Petitioner's Section 2241 Petition (Document 1) be **DENIED** and that this matter be

**REMOVED** from its docket.

The Court has additionally considered whether to grant a certificate of appealability. *See* 28

U.S.C. § 2253(c). A certificate will not be granted unless there is a substantial showing of the denial

of a constitutional right." *Id*.§ 2253(c)(2).  The standard is satisfied only upon a showing that

reasonable jurists would find that any assessment of the constitutional claims by this Court is

debatable or wrong and that any dispositive procedural ruling is likewise debatable. *Miller-El v.*

*Cockrell*, 537 U.S. 322, 336-38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Rose v. Lee*,

252 F.3d 676, 683-84 (4th Cir. 2001). The Court concludes that the governing standard is not

satisfied in this instance. Accordingly, the Court **ORDERS** that a certificate of appealability be

**DENIED**.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge

VanDervort, to counsel of record, and to any unrepresented party.

ENTER:      December 5, 2012

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA